**DENY and Opinion Filed April 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00325-CV**

**IN RE MICHAEL A. RUFF, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-2**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Myers

Before the Court are relator's April 12, 2022 petition for writ of mandamus and emergency motion for stay. In the petition, relator challenges the probate court's March 30, 2022 order granting real party in interest's motion to clarify the court's January 28, 2021 and March 23, 2021 post-judgment discovery orders.

This Court has already denied relator's previous mandamus challenge to the trial court's January 28, 2021 and March 23, 2021 post-judgment discovery orders on the ground of laches. *See In re Ruff*, No. 05-21-00886-CV, 2022 WL 456545 (Tex. App.—Dallas Feb. 15, 2022, orig. proceeding) (mem. op.). The trial court's March 30, 2022 order, which is the subject of this petition, merely clarified the dates and places of production without making any substantive changes to the January 28,

2021 and March 23, 2021 discovery rulings. Because we conclude this petition is essentially the same mandamus challenge to the trial court's January 28, 2021 and March 23, 2021 discovery rulings that this Court has already determined to be barred by laches, we deny mandamus relief. Having denied the petition, we also deny relator's emergency motion as moot.

|  | /Lana Myers/ |
|---|---|
| 220325f.p05 | LANA MYERS<br>JUSTICE |